UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| NICHOLAS SKINNER, Institutional ID No. 223467, <br><br> Plaintiff, <br><br> v. <br><br> WELL PATH MEDICAL STAFF, *et al.*, <br><br> Defendants. | No. 5:23-CV-00178-H |

## JUDGMENT

For the reasons stated in the Court's order entered today, it is ordered, adjudged, and decreed that this civil-rights complaint is dismissed without prejudice for want of prosecution.

Dated November 30, 2023.

_____
JAMES WESLEY HENDRIX
United States District Judge